**Augustine MACK, Jr., Petitioner,**

**v.**

**CERES MARINE TERMINALS; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 05–1201.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2005.

Decided: July 27, 2005.

Bernard J. Sevel, Arnold, Sevel & Gay, P.A., Baltimore, Maryland, for Petitioner. Lawrence P. Postol, Seyfarth Shaw LLP, Washington, D.C., for Respondent Ceres.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Augustine Mack, Jr., seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of longshore disability benefits pursuant to 33 U.S.C. §§ 901–950 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *See Mack v. Ceres Marine Terminals,* No. 04–0471

(BRB Jan. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*